I, as you probably are aware, filed a civil complaint against Shirley Son. I was living in the same house with her, and at the time, her boyfriend was living there also. We started a relationship, Shirley Son and I, and she asked me why I don't have a dental practice of my own. I was working as an associate for 15 years, and I said, I don't know how to run the office. She said, I'll run the office for you. So being that I was in a relationship with her, I thought that was an opportunity. May I stop you for just a second? Madam Clerk, the courtroom clock is not running. Would you please start the clock? Okay, thank you. Dr. Rodriguez, please go ahead. I'm sorry to interrupt. I saw that as an opportunity to further myself, and so she managed my dental office, and our relationship started to fade, but she still worked at my office. She brought in a boyfriend, and she convinced me to have him work at the office also. So at the time, I'm a car enthusiast. I had a Ferrari. I was the sole responsible person for taking care of that car. They declined to do any maintenance on it, but I fell into a lot of pressure with my practice. I found out she's Chinese, and she brought in a lot of Chinese patients for me. The practice was probably 50 to 70 percent Chinese, and I was embracing their culture, and of course, I was in a relationship. We made multiple trips to China, and she had told me that she would take care of me in my later years. I was 50 at the time. She said, you probably won't be able to practice dentistry five years from now. So one of our trips to China, we were scouting out an office there, and she said, the Chinese really like a U.S.-trained dentist, but I would have associates that I could supervise. The building had a garage underneath, and she said, hey, you can park your Ferrari underneath there. So I was happy with that, and I saw it as my future, but things were not good back home We were in the middle of the Great Depression, Recession, I'm sorry, and my patients were losing their jobs, things like that. My rent was like $8,000 a month for the office, and I started to experience problems financially, so I missed a mortgage payment on the house. She convinced me to take the equity out of my condo and buy a house, and we did that, and we lived together, but I missed the mortgage payment. And then I was having trouble with the rent also. So when her boyfriend was, at this time, her boyfriend was living there, and they saw a house that was, I think it was locked at the front door, and they found it. They got very angry, and they looked to my worrying as some way to pay and get me out of financial problem. The main thing is I wanted to keep her as the manager of the office because of all the Chinese patients. So they convinced me to transfer the car ownership over to her, and as long as I could use it, it didn't matter to me. We're a family and share a lot of things, and I was planning to blend myself into her family and move to China and retire there. So, but then things started, she started to take over my life and convinced me to sign off 99% of the house in her name. She had real estate experience, and so she knew what to do. When I took the equity out of the condo, she told me to not sell it and use it as a rental, which I thought was a good idea. But eventually, and I'm coming to the point of the Ferrari, I was noticing it had problems. It was behind on its maintenance, and on one of their trips to China, I took it to my mechanic who I'd had for 10 years to figure out what it is, diagnose it, and so I could fix it. They weren't interested in doing any maintenance. Around the same time, while I had to file for a bankruptcy on my office, and at one of the meetings for the bankruptcy, I was telling the lawyer that I'm noticing things. I gave her a credit card for the business, and I had taken out large loans, like $400,000 or $800,000, two loans, about $400,000 each. I really didn't, I trusted her because she was a family member, but I really wasn't watching the numbers. I left that to her. I'm a dentist. I want to be able to just do my dentistry and have somebody do the management. But I noticed things were starting to disappear, and then I found out she was embezzling from the practice. She would do cash deals with the patient, and so I mentioned that to my lawyer, and she said, you're never going to get that stuff back, she said, if I recommend a civil complaint. And so I just went along with that. I thought she was going to represent me. Her name is Dolores Contreras, but she gave me to her associate, and I don't know if he handled it correctly. In fact, he did such a bad job that I just fired him at the end. What happened was I had sent it to the shop to be looked at or diagnosed, and the lawyer that was handling my case, I said, what do I do about the car? They said, just keep it there. We'll have a conference, a settlement conference, and the car is in the civil suit. So I just wanted to follow the law and follow his instructions and follow the system. So I did that, and any communication with the other side, I wanted the lawyer to do that for me, because I didn't want to have any missteps. I also moved out of the house because it would be very uncomfortable for me to have served them with a civil complaint and living in the same house, so for safety reasons, I moved out. So we had a global settlement meeting. She was present with her boyfriend and her lawyer, and I had my lawyer, and we discussed it, including the car. So she knew before I was in the civil complaint. I want to say that I want to get to a point where my lawyer never told me to release it back. So I'm just following him. Also, so she had knowledge that it was in the civil suit, but she decided to make a stolen car claim with her insurance. I was not aware of that. If it came to that, I would have returned it. It was not my intention to keep the car away from her. I was always intending to give it back. Now the trial, as far as the judge was concerned, was to evaluate my state of mind for willful and malicious, and at the trial, the testimony from my former lawyer who we got to come in, my mechanic, and my assistant, but they all asked each one, what was my state of mind? Was I angry? Was I resentful? They said no, and I wasn't. I was just coming out of a fog because things weren't going the way I thought they should, and I wanted to stop the bleeding because I was losing, and I could sense that she was kind of maybe going to leave me, and she used that as leverage. I'm not going to help you at the dental office, and so I was kind of concerned about that because things weren't very good. So she filed the stolen car, and they settled the insurance, did not investigate it properly, I don't think because they didn't contact me. No police contacted me, and I was not aware of it until after the fact. Otherwise, it could have easily been fixed. I had no intention of keeping the car, and I just followed the lawyer's instructions. Even if he told me to give it back early, I'm okay with that. I just want to fix the problem of me losing my assets, and so that's basically an overview, and I don't know if you need any more details on that, but I think that the appeal basically explains what I just told you in legal terms for you to understand. So I'm just giving you my interpretation or my story. You can hear it from me. Okay, thank you. Thank you very much, Dr. Rodriguez. I don't have any questions. Judge Lafferty, Judge Brand, any questions for Dr. Rodriguez? Thank you, Dr. Rodriguez. I have no questions. I have no other questions either. Thank you. Okay, thanks again, Dr. Rodriguez, for your statement today. We have read your briefs, and we'll be providing a decision, so the matter is submitted, and you will be getting a written decision from us fairly soon. Okay? Yes. All right. Thank you very much. Thank you. We're going to go on to the next case.
judges: Faris, Lafferty, Brand